UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff,<br>_____<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*Theade, Michael E. V. Ford Motor Company, et al.*, Case No. 2:18-cv-00974-AB-FFM<br><br>Defendants. | Case No. 2:18-ML-02814-AB (FFMx)<br><br>Assigned to Hon. Andre Birotte Jr.<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 OFFER** |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff, MICHAEL THEADE ("Plaintiff") accepted Defendant, FORD MOTOR COMPANY'S ("Defendant" or "FORD") Offer of Judgment pursuant to Fed. R. Civ. P. 68 on November 8, 2023.  Defendant, FORD will pay $42,028.25 to

1  Plaintiff within 60 days from entry of this Judgment.

2      Accordingly, the Court enters Judgment in favor of Plaintiff pursuant to the terms of the Rule 68 Offer of $42,028.25.

DATE: November 6, 2024

_____
United States District Judge